HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JOHN DAMIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DAMIAN,<br><br>Defendant. | Case No.  2:24-cr-00042-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   April 15, 2024<br>Time:  9:00 A.M.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Special Assistant United States Attorney Matthew De Moura, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Damian, that the status conference, currently set for April 15, 2024, may be continued to **May 28, 2024 at 9:00 a.m.** with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1.    Mr. Damian had his initial appearance on March 08, 2024.  ECF No. 04.

2.    On March 22, 2024, the government produced 1,025 items of discovery, which the defense is working through and reviewing.

3.    Defense counsel represents that she requires additional time to review discovery, confer with her client, explore potential resolutions, and otherwise prepare for

1    trial.  She believes that failure to grant the requested continuance would deny her

2    the reasonable time necessary for effective preparation, taking into account the

3    exercise of due diligence.

4    4.    The government does not object to the continuance.

5    5.    Therefore, the parties stipulate that the ends of justice served by granting the

6    continuance outweighs the best interest of the public and Mr. Damian in a speedy

7    trial, and respectfully request the Court so to find.  For the purpose of computing

8    time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request

9    that the time period between April 15, 2024 and May 28, 2024 (inclusive) be

10   deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4),

11   because it would result from a continuance granted by the Court at the defense's

12   request, based on a finding that the ends of justice served by granting the

13   continuance outweighs the best interest of the public and Mr. Damian in a speedy

14   trial.

15   The parties therefore respectfully request this Court to adopt the parties' stipulation as its

16   Order.

17                                            Respectfully submitted,

18                                            HEATHER E. WILLIAMS
                                             Federal Defender
19
     Date: April 10, 2024                    */s/  Christina Sinha*
20                                            CHRISTINA SINHA
                                             Assistant Federal Defender
21                                            Attorneys for Defendant
                                             JOHN DAMIAN
22

23

24   Date: April 10, 2024                    PHILLIP A. TALBERT
                                             United States Attorney
25
                                             */s/ Matthew De Moura*
26                                            MATTHEW DE MOURA
                                             Special Assistant United States Attorney
27                                            Attorneys for Plaintiff

28

Stipulation and Order to Continue Status              -2-                    *United States v. Damian*
Conference and Exclude Time

1

<u>**O R D E R**</u>

2

      The Court, having received and considered the parties' stipulation, and good cause

3

appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5

IT IS SO ORDERED.

6

7

Dated:  April 11, 2024

8

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28